AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) 3:25-mj-00045 |
| JUAN LEAL PUCHETA | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 18, 2025** in the county of **Putnam** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Fraud and misuse of visas, permits, and other documents |

This criminal complaint is based on these facts:

On or about June 18, 2025, at or near Hurricane, Putnam County, West Virginia, within the Southern District of West Virginia, defendant JUAN LEAL PUCHETA did knowingly possess an immigrant visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a counterfeited Immigration Form I-551 (also known as a "Permanent Resident Card" or "Green Card") bearing the name of defendant JUAN LEAL PUCHETA, knowing it to be forged, counterfeited, altered, and falsely made.

☐ Continued on the attached sheet.

*Complainant's signature*

Zachary W. Sedam, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/18/2025

*Judge's signature*

City and state: Hurricane, West Virginia      Joseph K. Reeder, United States Magistrate Judge
*Printed name and title*