**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON**

**UNITED STATES OF AMERICA**

v.                                            CRIMINAL NO. 3:25-MJ-00045

**JUAN LEAL PUCHETA**

<u>**MOTION FOR DETENTION HEARING**</u>

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    \_\_\_\_ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    \_\_\_\_ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    \_\_\_\_ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    \_\_\_\_ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    \_\_\_\_ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    **X** serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    \_\_\_\_ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    **X**   Defendant's appearance as required

    ____   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

    ____   Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____   Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    ____   Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    **X**   At first appearance

    ____   After continuance of ____ days (not more than 3).

5. <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

**There is no ICE detainer filed for the defendant.**

_____

DATED: June 20, 2025

                                Respectfully submitted,

                                LISA G. JOHNSTON
                                Acting United States Attorney

                      By:
                                <u>s/Jonathan T. Storage</u>
                                JONATHAN T. STORAGE
                                Assistant United States Attorney
                                WV State Bar No. 12279
                                300 Virginia Street, East
                                Room 4000
                                Charleston, WV 25301
                                Telephone: 304-345-2200
                                Fax: 304-347-5104
                                E-mail: Jonathan.Storage@usdoj.gov